ROWELL, Appellant, v. SPOTSWOOD, Respondent. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Action by George W. Rowell against George Spots-

wood. No opinion. Motions held until November term.